

_____
1325 Franklin Avenue, Suite 230, Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 14, 2019

Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Re: Neranganie Etwaroo aka Neranganie Pargan Case No.: 15-43846-nhl**

Dear Judge Lord:

Our office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, a secured creditor of the above referenced Debtor. Please be advised that the Motion for Relief from the Automatic Stay scheduled to heard on October 16, 2019 has been settled.

An order conditionally granting relief from the automatic stay has been submitted to be entered with the Court.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

                                          Respectfully submitted,

                                          By: /s/ Richard Postiglione
                                          Richard Postiglione, Esq.
                                          FRIEDMAN VARTOLO LLP
                                          Attorneys for Movant
                                          Friedman Vartolo LLP
                                          1325 Franklin Avenue, Suite 230
                                          Garden City, New York 11530
                                          T: (212) 471-5100
                                          F: (212) 471-5150